Joseph & Norinsberg
Fighting for Employee Justice

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2026

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

October 19, 2026

**Via ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED:** The Initial Conference set for 11/10/2026 at 11:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Thursday, January 7, 2027, at 2:00 p.m.

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.
10/19/2026

Re: **Diaz v. The Honest Company, Inc.**
**Case No. 1:26-cv-07390-VSB-KHP**

Dear Judge Parker:

We represent Defendant The Honest Company, Inc. in the above-referenced matter. We write with the consent of both parties to respectfully request an adjournment of the conference currently scheduled for November 10, 2026.

Last week, the Court granted Defendant an extension of time to answer or otherwise respond to the Complaint until December 7, 2026. In light of that extension, the parties respectfully submit that it would be more efficient to hold the conference after Defendant's response deadline, when the pleadings and issues to be addressed will be clearer.

Accordingly, the parties respectfully request that the November 10, 2026 conference be adjourned to a date after December 7, 2026, at the Court's convenience.

We thank the Court for its consideration.

Respectfully submitted,

/s/ Robert Schonfeld

Robert L. Schonfeld, Esq.

Cc: All counsel of record via ECF